Donald Cameron, et al., Plaintiffs-Appellants, v. The Village of Clarendon Hills, Illinois, a Municipality, and Keller Heartt Lumber and Fuel Co., an Illinois Corporation, Defendants-Appellees.

Gen. No. 11,476.

Second District, Second Division.

October 6, 1961.

Edgar J. Elliott, of Wheaton, for appellant; Kirkland, Ellis, Hodson, Chaffetz & Masters, all of Chicago, for appellee. Opinion by JUDGE CROW.
**Not to be published in full.**